NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1251

LAZARE KAPLAN INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

PHOTOSCRIBE TECHNOLOGIES, INC.,
and DAVID BENDERLY,

Defendants-Appellees,

and

GEMOLOGICAL INSTITUTE OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of New York in 06-CV-4005, Senior Judge Thomas P. Griesa.

ON MOTION

O R D E R

Upon consideration of the appellees' motion for an extension of time, until January 4, 2010, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

DEC 15 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Harold J. McElhinny, Esq.
      Ira J. Schaefer, Esq.
      John Allcock, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 15 2009

JAN HORBALY
CLERK